UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRAVIS SHROPSHIRE, JR., | ) | CASE NO. 1:21-cv-2740 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for defendant, states:

1. On September 29, 2021, plaintiff filed his Complaint for Damages against defendant Wal-Mart Stores East, LP, incorrectly sued and identified as Walmart, Inc., in the Marion County Superior Court No. 7 of Indiana, under Cause No. 49D07-2109-CT-032862.

2. Walmart, Inc., is a Delaware corporation with its principal place of business in Arkansas. Walmart, Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of the company. Thus, for purposes of diversity jurisdiction, Walmart, Inc. is a citizen of Delaware and Arkansas.

3. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas.

4. Plaintiff is a citizen of the state of Indiana.

5. The matter in controversy exceeds $75,000.00, exclusive of interests and costs as Plaintiff alleges he suffered significant personal injury and restriction of his daily activities due to those injuries, Plaintiff's medical expenses exceed $125,000.00, and Plaintiff has demanded well in excess of the jurisdictional limit of the court to resolve his claims against the Defendant; this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

6. This Notice of Removal is being filed with this Court within 30 days after the receipt of the Complaint and Summons by the defendant.

7. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto.  Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion County Superior Court No. 7 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant prays that the entire state court action, under Cause No. 49D07-2109-CT-032862, now pending in the Marion County Superior Court No. 7 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorneys for Defendant Wal-Mart Stores East, LP, incorrectly identified and sued as Walmart, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 29th day of October, 2021, addressed to:

Timothy A. Rowe
ROWE & HAMILTON
101 West Ohio Street, Suite 1701
Indianapolis, IN  46204
trowelaw@aol.com

                                                 */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0749598   4862-7399-3217v1